JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, as assignee and subrogee of Beverly Community Hospital Association,<br><br>Plaintiff,<br><br>v.<br><br>MARIA AGUIRRE, an individual,<br><br>Defendant. | Case No. 2:21-cv-00958-MCS-PVC<br><br>**FINAL JUDGMENT** |

Pursuant to Rules 54 and 55, and by reason of the Court's orders in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

///

1

Judgment is entered in favor of Plaintiff National Union Fire Insurance Company of Pittsburgh, PA against Defendant Maria Aguirre. Plaintiff National Union Fire Insurance Company of Pittsburgh, PA shall recover from Defendant Maria Aguirre $432,358.03 in compensatory damages.

**IT IS SO ORDERED.**

Dated: November 7, 2021

*[signature]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE